```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

```
In re:                                                    Case No. 18-05206-RNO
Stephen Edward Daubert                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: MMchugh          Page 1 of 1           Date Rcvd: Jun 12, 2019
                            Form ID: pdf010        Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
              Ashley M. Gaffney,    31 Second Mountain Rd,    Pottsville, PA 17901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jason Paul Provinzano   on behalf of Debtor 1 Stephen Edward Daubert MyLawyer@JPPLaw.com,
              G17727@notify.cincompass.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                  TOTAL: 4
```

| | |
|---|---|
| IN RE: Stephen Edward Daubert aka Stephen Daubert aka Stephen E. Daubert<br>           Debtor(s) | **CHAPTER 13** |
| **Toyota Motor Credit Corporation**<br>         Movant<br>    vs. | **NO. 18-05206 RNO** |
| **Stephen Edward Daubert aka Stephen Daubert aka Stephen E. Daubert**<br>         Debtor(s)<br>**Ashley M. Gaffney**<br>         Co-Debtor | **11 U.S.C. Section 362 and 1301 (c)** |
| **Charles J. DeHart, III**<br>         Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

     Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, the court reviewed the file herein and after opportunity for a hearing, is of the opinion that said Motion should be granted.  It is therefore,

     ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Toyota Rav4, VIN: JTMRFREV7HJ707875 in a commercially reasonable manner.

Dated:  June 12, 2019          By the Court,

_____

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)