Certificate Number: 17572-PAM-DE-037948285

Bankruptcy Case Number: 18-05206


17572-PAM-DE-037948285

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on November 16, 2023, at 3:40 o'clock PM PST, Stephen E Daubert completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   November 16, 2023           By:     /s/Judy Alexander

                                    Name:   Judy Alexander

                                    Title:  Counselor